UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-MJ-1104-RJ-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| SCOTT ANDREW BARNES | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the GOVERNMENT moves for dismissal of the above-captioned case for the following reason: the Defendant has satisfied the terms and conditions of an agreement for deferred prosecution.

This the 20th day of May, 2013.

THOMAS G. WALKER
United States Attorney

BY: _____
TOBY W. LATHAN
Assistant United States Attorney
Criminal Division


Leave of Court is granted for the
filing of the foregoing dismissal
this _21st_ day of _May_, 2013.

_____
ROBERT B. JONES, JR.
United States Magistrate Judge